UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILL TEAM INTERNATIONAL LIMITED,<br><br>      Plaintiff,<br><br>-against-<br><br>EASTERN BANK,<br><br>      Defendant. | Civil Action No.: 1:15-cv-02393(WFK-BL) |

# **JOINT MOTION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

Plaintiff Will Team International Limited ("Will Team") and Defendant Eastern Bank ("Eastern"), through their respective undersigned counsel, respectfully move for an order extending from June 2, 2015 to and including June 30, 2015, the deadline for Eastern to answer or otherwise respond to the Complaint filed by Will Team (Docket No. 1, April 28, 2015). This Motion is the first request for an extension. Nothing herein shall constitute an admission by either party.

Dated: June 5, 2015

| CULHANE MEADOWS PLLC | GOULSTON & STORRS PC |
|---|---|
| */s/ Robert W. Dremluk* <br>Robert W. Dremluk, Esq.<br>90 Park Avenue, 17th Floor<br>New York, New York 10016<br>Telephone: (516) 883-2759<br>Email: rdremluk@culhanemeadows.com<br><br>*Attorneys for Plaintiff* | */s/ Douglas B. Rosner w/permission*<br>Douglas B. Rosner, Esq. (*pro hac* admission to be requested)<br>400 Atlantic Avenue<br>Boston, MA 02110<br>Telephone: (617) 574-6517<br>Email: drosner@goulstonstorrs.com<br><br>*Attorneys for Defendant* |

**So Ordered,**

_____
Judge William F. Kuntz, II